UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Miguel Angel Bucio Gonzalez,

             Plaintiff,

vs.                                                      ORDER

Department of Homeland Security,
et al.,

             Defendants.                    Civ. No. 15-2940 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That this matter is TRANSFERRED to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1406.

2. That Judgment is entered.

                                                            BY THE COURT:

DATED: August 31, 2015                  s/Susan Richard Nelson
St. Paul, Minnesota                         SUSAN RICHARD NELSON
                                            United States District Judge